**Jesus Gonzalez CRUZ; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–75462.

United States Court of Appeals, Ninth Circuit.

Submitted May 7, 2007.*

Filed May 14, 2007.

Jesus Gonzalez Cruz, Santa Ana, CA, pro se.

Maria De Lourdes Gonzalez, Santa Ana, CA, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Susan K. Houser, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

Upon review of the record and petitioners' response to the order to show cause, this petition for review is summarily denied because the questions raised are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). The Board of Immigration Appeals ("BIA") did not abuse its discretion in denying petitioners' second motion to reconsider. *See Cano–Merida v. INS,* 311 F.3d 960 (9th Cir.2002) (BIA's denial of a motion to reconsider is reviewed for abuse of discretion). Accordingly, this petition for review is denied.

Petitioners' motion to stay voluntary departure is denied because the court lacks jurisdiction to grant a motion for a stay of voluntary departure filed after the departure period has expired. *See Garcia v. Ashcroft,* 368 F.3d 1157, 1159 (9th Cir.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

2004). All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**